FILED: August 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-6792
(5:26-ct-03004-FL)

DOUGLAS ROY SYMMES, JR.

Plaintiff - Appellant

v.

NORTH CAROLINA DEPARTMENT OF ADULT CORRECTIONS; SOPHIA FEASTER; CHARLIE LOCKLEAR; DAVID JEFF SAULS; MARGARET B. WILLIFORD; TAMEKA SMITH; DEAN LOCKLEAR; FAUSTINA F. BROWN; INA HINTON; WAKENDA GREENE; S.W. UNKNOWN; C.M. UNKNOWN; TINA H. CANNON

Defendants - Appellees

O R D E R

The court rescinds the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk