Filed: August 17, 2026

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

BRIEFING ORDER - CIVIL/AGENCY

---

No. 26-6792, Douglas Symmes, Jr. v. North Carolina Department of Adult Corrections
5:26-ct-03004-FL

Briefing shall proceed on the following schedule:

---

JOINT APPENDIX due: 09/28/2026

BRIEF [Opening] due: 09/28/2026

---

The following rules apply under this schedule:

- Filings must conform to the **Fourth Circuit Brief & Appendix Requirements** as to content, format, and copies. The Requirements are available as a link from this order and at **www.ca4.uscourts.gov**. FRAP 28, 30 & 32. **NOTE: The Court's preferred typefaces are Times New Roman, Century Schoolbook, and Georgia. The Court discourages the use of Garamond.**
- All parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs. Local Rules 28(a) & 28(d).
- Motions for extension of time should be filed only in extraordinary circumstances upon a showing of good cause. Local Rule 31(c).
- If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.
- Failure to file an opening brief within the scheduled time may lead to

imposition of sanctions against court-appointed counsel or dismissal of the case. Local Rules 45 & 46(g).

- Since no responsive brief has been scheduled in this case, the case will be reviewed for possible disposition on the briefs pursuant to Local Rule 34(a) after filing of the opening brief.

/s/ NWAMAKA ANOWI, CLERK
By: S. Batchleor, Deputy Clerk