**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi
Clerk

Telephone
804-916-2700

---

RULE 45 NOTICE

---

No. 26-6792, Douglas Symmes, Jr. v. North Carolina Department of Adult Corrections
5:26-ct-03004-FL

TO:

**DEFAULT(S) MUST BE REMEDIED BY:**

Please take notice that the court may dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the default(s) identified below are remedied within 15 days of the date of this notice through receipt of the requisite form(s) or fee in the appropriate clerk's office. Necessary forms are included with this notice and available at the court's website, www.ca4.uscourts.gov.

---

[X] Your application to proceed without prepayment of fees under the Prison Litigation Reform Act has not been received. Your **Filing fee** must be paid to the Clerk, U. S. District Court, or your [X] **PLRA-Application to proceed under Prison Litigation Reform Act** and [X] **PLRA-Consent to payment form** must be filed in this court within 15 days or this appeal may be dismissed.

S. Batchleor, Deputy Clerk
804-916-2702

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

---

# PLRA APPLICATION
# TO PROCEED WITHOUT PREPAYMENT OF FEES

---

No. 26-6792, Douglas Symmes, Jr. v. North Carolina Department of Adult Corrections
5:26-ct-03004-FL

| |
|---|
| The Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(b), requires that any person incarcerated or detained in any facility, who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program, who is unable to pay the filing fee on appeal from a civil action, apply to pay the filing fee in installments from the prisoner's trust account. The PLRA further provides that if the inmate has, while incarcerated, filed three or more prior actions or appeals which were dismissed by a federal court as frivolous, malicious, or for failure to state a claim, the inmate is required to prepay the full fee unless under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). |

I, ___________________________, being first duly sworn, depose and say that I am the ___________________________, in the above-entitled case; that in support of my application to proceed without being required to prepay fees or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the issues I desire to present in this case are the following:

1. Identify the reason you are currently incarcerated or detained:
[ ] Incarcerated on a criminal conviction
[ ] Detained pending criminal trial or sentencing
[ ] Detained for immigration proceedings
[ ] Civil commitment due to mental disease or defect or as a sexually dangerous

person
[ ] Other (describe): ____________________________________________

2. Have you filed, while incarcerated, three actions or appeals which were dismissed as frivolous, malicious, or for failure to state a claim? **[ ]Yes [ ]No**

a. If the answer is yes, list the case numbers and names for all actions or appeals which were dismissed as frivolous, malicious, or for failure to state a claim.

b. If the answer is yes, state the facts in support of any claim that you are under imminent danger of serious physical injury.

3. Are you presently employed? **[ ]Yes [ ]No**

a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received.

4. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest dividends, or other source? **[ ]Yes [ ]No**

a. If the answer is yes, describe each source of income, and state the amount received from each during the past twelve months.

5. Do you own any cash or checking or savings accounts? **[ ]Yes [ ]No**

a. If the answer is yes, state the total value of the items owned.

6. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? **[ ]Yes [ ]No**

a. If the answer is yes, describe the property and state its approximate value.

7. List the persons who are dependent upon you for support and state your relationship to those persons.

8. If you are incarcerated or detained on criminal charges, you must attach Consent to Collection of Fees from Trust Account form and give Trust Account Statement form to trust officer for completion and return to you. Forward completed Trust Account Statement to Court of Appeals.

I declare under penalty of perjury that the above information is true and correct.

Signature of Applicant: ________________________________

Date: __________________________

**CERTIFICATE OF SERVICE**

**********************

I certify that on _______________, I served a copy of this PLRA Application on all parties, addressed as shown [list parties' names and the addresses at which they were served below]:

Signature: _________________________

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

CHANGE OF ADDRESS (PRO SE)

No. 26-6792, Douglas Symmes, Jr. v. North Carolina Department of Adult Corrections
5:26-ct-03004-FL

If your address changes, it is your obligation to notify the clerk. If your address changes and you do not notify the clerk, we will not be responsible for your failure to receive documents from the court.

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

| |
|---|
| Name: |
| Street/P. O. Box: |
| City/State/ZIP: |
| Telephone Number: |
| Prison (if applicable): |
| Prisoner's Reg. No. (if applicable): |
| Release Date (if applicable): |
| Effective Date for Change of Address: |
| Signature: |

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

---

CONSENT TO COLLECTION OF FEES
FROM TRUST ACCOUNT FOR APPEAL

---

No. 26-6792, Douglas Symmes, Jr. v. North Carolina Department of Adult Corrections
5:26-ct-03004-FL

**FEE AMOUNT: $605**
**PAYABLE TO:** Clerk, U.S. District Court

I, ______________________________, # ____________________, hereby consent for the appropriate prison officials to assess and, when funds exist, collect an initial partial filing fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my petition; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my petition.

I further consent for the appropriate prison officials to collect:

> monthly payments of 20 percent of my preceding month's income and forward the payments to the Clerk, U.S. District Court, each time the amount in the account exceeds $10 until the filing fee has been paid in full.

I understand that by signing this consent I agree to payment of the full filing fee from my trust account regardless of whether I later choose to dismiss my appeal or the court decides my appeal before the entire amount has been paid. I understand that once consent to the collection of fees has been given it cannot be withdrawn.

Signature ____________________________ Date __________________

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

---

PRISONER TRUST ACCOUNT STATEMENT

---

No. 26-6792, Douglas Symmes, Jr. v. North Carolina Department of Adult Corrections
5:26-ct-03004-FL

**TO:** Trust Officer
**FROM:** Clerk, U.S. Court of Appeals for the Fourth Circuit
**RE:** ___________________________________ **(Prisoner Name/Reg.No.)**

Under the Prison Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a certified copy of the prisoner's trust account statement for the six months prior to filing of the appeal. Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the Court of Appeals within 7 days.

| | |
|---|---|
| **Date of Filing Notice of Appeal in Court of Appeals** | |
| **Balance at Time of Filing Notice of Appeal** | |
| **Average Monthly Deposits during 6 months prior to Filing Notice of Appeal** | |
| **Average Monthly Balance during 6 months prior to Filing Notice of Appeal** | |

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

Signature ____________________________ Date __________________

Print Name & Title: ____________________________________________